IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LARCIAS FARENTTA PETERSON, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:11-CV-160 (WLS) |
| JOSEPH BADEN, *et al.*, | : |
| Defendants. | : |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed January 30, 2012. (Doc. 9). It is recommended that all claims against Deputy Warden Cross be dismissed and that Plaintiff's claims against Defendants Warden Baden, Health Services Administrator Tiffany Whately, Dr. Dwayne Ayers, and P.A. Edwards go forward. (*Id.* at 4).

The Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.*) The period for objections expired on Tuesday, February 16, 2012; no objections have been filed to date.[1] (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 9) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, all

---

[1] Judge Langstaff's Recommendation was delivered to Plaintiff via mail, but was returned as undeliverable. (Doc. 14). Plaintiff is required to keep the Clerk of Court advised of his current address and failure to do so constitutes appropriate grounds of dismissal of the instant action. On July 8, 2012, Judge Langstaff ordered Plaintiff to show cause as to why this case should not be dismissed for failure to diligently prosecute the case. (Doc. 18). Again, the Court's Order was delivered to Plaintiff via mail, but was returned as undeliverable. (Doc. 19).

claims against Deputy Warden Cross are hereby **DISMISSED** and Plaintiff's claims against Defendants Warden Baden, Health Services Administrator Tiffany Whately, Dr. Dwayne Ayers, and P.A. Edwards shall go forward.[2]

      **SO ORDERED**, this   31st   day of October, 2012.

                              /s/ W. Louis Sands
                              **THE HONORABLE W. LOUIS SANDS,**
                              **UNITED STATES DISTRICT COURT**

---

[2] While the Court adopts Judge Langstaff's Recommendation, Plaintiff is still required to abide by Judge Langstaff's later Order and show cause as to why his case should not be dismissed for failure to prosecute.